## DECLARATION OF DR. DENISE DAVIS, MD

I declare under penalty of perjury:

1. Mohamed Emad, DOB 12-8-71, has been my psychiatric patient for several years.

2. He has been taking the same medications for years and has remained stable on his meds.

3. He needs lorazepam 0.5 mg 3x/day for anxiety and panic.

4. He also needs duloxetine 60 mg/d and generic Prozac (fluoxetine) 40 mg/d for anxiety and depression.

5. Without these medications he will suffer greatly and be at medical risk.

Pursuant to 28 USC 1746, I declare, certify, verify and state on this day under penalty of perjury that the foregoing is true and correct.

_____

Dr. Denise Davis, MD

EXECUTED: April 23, 2019