# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | | |
|---|---|---|
| MOHAMED SALAH MOHAMED AHMED EMAD, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 19-cv-598 |
| RICARDO WONG, Field Office Director, Chicago, U.S. Immigration and Customs Enforcement ("ICE"), PAUL D'AGOSTINO, MICHAEL McPHERSON, DODGE COUNTY, DODGE COUNTY SHERIFF DALE SCHMIDT, JAIL ADMINISTRATOR ANTHONY BRUGGER, WELLPATH, and HEALTH ADMINISTRATOR TAMMY WOLLIN, | ) ) ) ) ) ) ) ) ) ) | The Hon. Lynn Adelman Magistrate Judge Joseph |
| Defendants. | ) | |

## CIVIL L.R. 7.1 DISCLOSURE STATEMENT BY PLAINTIFF

The undersigned, counsel of record for Plaintiff Mohamed Salah Mohamed Ahmed Emad, furnishes the following list in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1:

1. The full name of every party or amicus the attorney represents in the action.

   Response: Plaintiff Mohamed Salah Mohamed Ahmed Emad.

2. If such party or amicus is a corporation.

   Response: There is no such corporation.

3. State the names of all law firms whose attorneys will appear, or are expected to appear, for the party in this Court.

   Response: Roderick and Solange MacArthur Justice Center and Christopher & De Leon Law Office are the only law firms expected to appear on behalf of the Plaintiff.

Vanessa del Valle and Sheila Bedi are attorneys with Roderick and Solange MacArthur Justice Center, expected to appear on behalf of Plaintiff. Marc E. Christopher is an attorney with Christopher & de Leon Law Office, expected to appear on behalf of Plaintiff.

Dated: April 25, 2019

Respectfully submitted,

**MOHAMED SALAH MOHAMED AHMED EMAD**

By: /s/ Vanessa del Valle
One of his attorneys

Sheila A. Bedi
Vanessa del Valle
Roderick and Solange MacArthur Justice Center
Northwestern Pritzker School of Law
375 East Chicago Avenue
Chicago, IL 60611
(312) 503-1271
sheila.bedi@law.northwestern.edu
vanessa.delvalle@law.northwestern.edu


Marc E. Christopher
Christopher and De Leon Law Office
PO Box 370452
Milwaukee, WI 53237
(414) 751-0051
marc@christopher-law.com


### **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that she served the foregoing document upon all persons who have filed appearances in this case via the Court's CM/ECF system on April 25, 2019.

/s/ Vanessa del Valle