# Affidavit of Process Server

**Mohamed Salah** vs **Ricardo Wong, et al** — Case# **19CV598**
Plaintiff/Petitioner — Defendant/Respondent

Being duly sworn, on my oath, I **Matt Mikkelsen** declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Wellpath**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)
- ☐ Subpoena with $ _____ witness fee and mileage
- ☒ Summons and Complaint and Motion for Preliminary Injunction

by serving (NAME) **Lisa Kash @ Corporate Creations Network Inc (Registered Agent)**
at ☐ Home
☒ Business **4650 W. Spencer St Appleton WI 54914**
☐ on (DATE) **4/26/19** at (TIME) **11:50 AM**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
From (CITY) _____ (STATE) _____

**Manner of Service:**
- ☐ By Personal Service
- ☒ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely, **Lisa Kash of Corporate Creations Network Inc (R/A)**
- ☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
- ☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
- ☐ Unknown at Address  ☐ Evading  ☐ Other: _____
- ☐ Address does not exist  ☐ Service cancelled by litigant
- ☐ Moved, Left no forwarding  ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) ( ) ( ) ( ) ( ) ( ) ( )

**Description:**
- ☐ Male  ☒ Female  ☐ Glasses
- ☒ White Skin  ☐ Black Skin  ☐ Brown Skin  ☐ Yellow Skin  ☐ Red Skin
- ☐ Black Hair  ☐ Brown Hair  ☒ Blond Hair  ☐ Gray Hair  ☐ Red Hair
- ☐ White Hair  ☐ Balding  ☐ Mustache  ☐ Beard
- ☐ 14-20 Yrs.  ☐ 21-35 Yrs.  ☐ 36-50 Yrs.  ☒ 51-65 Yrs.  ☐ Over 65 Yrs.
- ☐ Under 5'  ☐ 5'-5'3"  ☒ 5'4"-5'8"  ☐ 5'9"-6'  ☐ Over 6'
- ☐ Under 100 Lbs.  ☐ 100-130 Lbs.  ☐ 131-160 Lbs.  ☒ 161-200 Lbs.  ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois County of Cook

Subscribed and sworn to before me A notary public, this **29** day of **April** 20**19**

SERVED BY LASALLE PROCESS SERVERS
OFFICIAL SEAL ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432
ANDREW RAPHAEL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/01/19

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

Case 2:19-cv-00598-LA   Filed 04/30/19   Page 1 of 1.   Document 13